DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DALE V.C. HOLNESS** and **JUSTIN PORTER**,
Petitioners,

v.

**SHEILA CHERFILUS-MCCORMICK**,
Respondent.

No. 4D23-0002

[January 25, 2023]

Petition for writ of certiorari to the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michele Towbin-Singer, Judge; L.T. Case No. CACE22-010656.

Eric A. Hernandez of Hernandez Lee Martinez., LLC, Miami, and Nnamdi S. Jackson of The Law Office of Nnamdi S. Jackson, P.A., Weston, for petitioners.

No appearance for respondent.

PER CURIAM.

Petitioners seek certiorari review of a nonfinal order denying their motion to dismiss or for summary judgment under Florida's Anti-SLAPP statute. § 768.295(4), Fla. Stat. (2022).

We dismiss the petition for lack of jurisdiction. *WPB Residents for Integrity in Gov't, Inc. v. Materio*, 284 So. 3d 555, 558–61 (Fla. 4th DCA 2019); *Geddes v. Jupiter Island Compound, LLC*, 341 So. 3d 353 (Fla. 4th DCA 2022); *Vericker v. Powell*, 343 So. 3d 1278, 1280 (Fla. 3d DCA 2022).

We certify conflict with *Gundel v. AV Homes, Inc.*, 264 So. 3d 304 (Fla. 2d DCA 2019), *Davis v. Mishiyev*, 339 So. 3d 449 (Fla. 2d DCA 2022), and *Baird v. Mason Classical Acad., Inc.*, 317 So. 3d 264 (Fla. 2d DCA 2021).

*Petition dismissed; conflict certified.*

GROSS, LEVINE and FORST, JJ., concur.

\*      \*      \*

*Not final until disposition of timely filed motion for rehearing.*